**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND APPLICATION FOR ARREST WARRANT**

1. I, Ryan McKone, hereafter referred to as your affiant, being duly sworn, depose and state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March of 2015.  Prior to being employed by ATF, I was employed as a police agent with the City of Lakewood Police Department for 10 years.  I was a patrol officer for 4 years and a detective assigned to the Major Crimes Unit for 6 years. I am a graduate of the Federal Law Enforcement Training Center, and the ATF National Academy in Glynco, Georgia.  My primary duties involve the investigation of federal firearm violations and their associated use in violent crime and narcotics violations.  I am currently assigned by ATF to the Denver II Field Office, where I work jointly with sworn law enforcement officers of state and local agencies throughout the District of Colorado.

2. This affidavit is based on the personal observations of your affiant, as well as information provided by other sworn law enforcement officers.   The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me or others in this investigation.  Rather, this affidavit sets forth facts to establish probable cause to believe David Aaron MOSCOW, born April 16, 1986, has illegally possessed firearms, specifically an AR-15 semi-automatic rifle, a Glock .40 caliber handgun, and hundreds of rounds of ammunition.  MOSCOW was also found in possession of controlled substances.

3. On October 9, 2015, Sgt. L. Lunsford of Fort Collins Police Services, hereafter referred to as FCPS, was contacted by Mike Ellerby, the lead campus security officer of Front Range Community College (FRCC) in regards to a campus security concern.  FRCC is located at 4616 S Shields St, which is known to be in the city of Ft. Collins, County of Larimer, District of Colorado, 10th U.S. Judicial District.  Ellerby informed Sgt. Lunsford that a former student, David Aaron MOSCOW (DOB: 04/16/86), had been at the college the previous day (10/08/15) for a meeting which had not gone well and there were now safety concerns due to MOSCOW's troubling behavior. Ellerby explained MOSCOW had been enrolled at FRCC but left voluntarily in 2012.  In February of 2014, MOSCOW left a harassing voicemail for a student counselor at FRCC.  The voicemail stated "go fuck yourself, you stupid fucking cunt.  You bitch, go drink bleach."  This voicemail seemed very random and without context.  FRCC made a police report with FRCC, case report number 14-1729, in order to document the threats.  Because of the voicemail, Ellerby looked at MOSCOW's Facebook page and found a post from December 2012 that read, "This is the worst school I've ever attended, please fire bomb it."

4. On October 8, 2015, MOSCOW came to FRCC in an attempt to get re-admitted.  A Dean and Ellbery met with MOSCOW to discuss why he wanted to re-enroll, as well as the troubling voicemail he left on the student counselor's phone.  MOSCOW admitted to leaving the voicemail but did not feel his actions were wrong.  MOSCOW seemed to still

be upset with the student counselor because he believed she was not a good student counselor. MOSCOW seemed to act as if the events from 2012 and 2014 had occurred very recently and MOSCOW stated he could not move forward with his life because FRCC had given him several "Fs" on his transcript. MOSCOW left FRCC without any further incident. FRCC staff asked Sgt. Lunsford what steps they could take to help ensure campus safety. Sgt. Lunsford told FRCC staff she would do some research and contact them later with what she learned.

5. Sgt. Lunsford ran a police contacts query for MOSCOW and learned that in 2013 (FCPS case number 13-3487), a roommate of MOSCOW's had called police to report MOSCOW's bizarre behavior. The roommate claimed that MOSCOW was a convicted felon and he owned a Glock 9mm pistol along with ammunition. The roommate also reported that MOSCOW had made some sort of explosive material. The explosive material was examined by a FCPS bomb technician. The technician determined that the substance, a homemade napalm, was not illegal to possess. In 2013, FCPS was not able to confirm if MOSCOW had a prior felony so an arrest was not made at the time. However, on October 16, 2015, Sgt. Lunsford confirmed MOSCOW received a felony conviction from a 2007 Arizona case CR2007-157760-001 for Aggravated DUI.

6. On October 22, 2015, Sgt. Lunsford received a message from police dispatch to contact Ellerby. Ellerby told Sgt. Lunsford that FRCC had received a memo from a clinical neuropsychologist at Rocky Mountain Memory Center. The clinical neuropsychologist's memo stated that MOSCOW had met with several therapists on October 12, ~~2105~~. 2015 During those meetings, he had expressed his desires to shoot people at FRCC and to burn down the school. The clinical neuropsychologist further stated that MOSCOW told the therapists he was not "kidding" about his intentions. Sgt. Lunsford called the clinical neuropsychologist regarding this memo. The clinical neuropsychologist advised that due to public safety concerns, MOSCOW should be detained for a mental health hold. The administration at FRCC was so concerned about MOSCOW they discussed closing the campus and cancelling classes until MOSCOW could be located.

7. FCPS responded to MOSCOW's residence in the City of Ft. Collins, County of Larimer, District of Colorado, 10th U.S. Judicial District, in order to surveil MOSCOW's whereabouts. FCPS watched MOSCOW's residence while Sgt. Lunsford and Detective J. Shaklee authored a search warrant for the residence. The search warrant was for firearms and ammunition. FCPS did not have an arrest warrant for MOSCOW, but they did have a mental health form signed by the clinical neuropsychologist.

8. On October 23, 2015, Judge Brinegar signed a search warrant for MOSCOW's residence and for MOSCOW's vehicle, CO plate 510-QUZ. FCPS observed MOSCOW driving in his vehicle. They conducted a traffic stop and took him into protective custody due to the mental health hold signed by the clinical neuropsychologist. MOSCOW was taken to

Poudre Valley Hospital. At the hospital, Sgt. Lunsford explained to MOSCOW why he was being placed on a mental health hold. MOSCOW told Sgt. Lunsford and Ofc. J. Reed he understood how his statements about shooting people at FRCC would alarm police and FRCC.

9. On the afternoon of October 23, 2015, FCPS executed a search warrant on MOSCOW's residence. In addition to searching the residence, FCPS also searched MOSCOW's vehicle, a silver Honda Accord Colorado plate 501-QUZ, which is registered to David MOSCOW. FCPS Ofc. C Wagner assisted in the search of MOSCOW's residence, specifically his bedroom. Inside of MOSCOW's closet, Ofc. Wagner located a New Frontier AR-15 semi-automatic rifle (serial number NLV73548) with a fully loaded 30-round AR-15 magazine inserted into the magazine well. Another 30-round fully-loaded magazine was coupled with the inserted magazine. In addition to the magazines attached to the firearm, two additional AR-15 30-round rifle magazines were located next to the rifle. 271 additional rounds of .223 ammunition and 341 .40 caliber handgun ammunition were also found in the closet. A locked Glock pistol factory box was next to the ammunition in the closet. Two brass knuckles gripped knives and another brass knuckle fist pack were located inside of MOSCOW's closet. In addition to the weapons, numerous pill bottles prescribed to MOSCOW were discovered. While searching through the pill bottles, Ofc. Wagner found a Ziploc baggie with 3 white oval pills stamped M357. These pills are hydrocodone, a schedule II controlled substance. MOSCOW did not appear to have a prescription for hydrocodone. Ofc Wagner also discovered 8.1 grams of a substance that field-tested positive for MDMA (ecstasy), a schedule I controlled substance. The above items were all found in MOSCOW's bedroom closet. FCPS officers located indicia of MOSCOW being the sole user of the bedroom and closet. Specifically, officers found pill bottles prescribed to David MOSCOW, various official documents in MOSCOW's name, and a backpack containing a spare set of keys to the vehicle MOSCOW was driving when contacted by FCPS. Additionally, MOSCOW's roommate identified the room as MOSCOW's room.

10. Ofc. Mallory searched MOSCOW's vehicle, using a key found in MOSCOW's room. During the search of the vehicle, officers located a loaded Glock 27 .40 caliber handgun (serial number LWR809), in the glove box. A 9 round Glock .40 caliber handgun magazine loaded with 9 rounds and a 15-round Glock .40 caliber handgun magazine loaded with 12 rounds. An unloaded 30-round Glock magazine was found in the trunk of the vehicle.

11. During the search of MOSCOW's residence, FCPS Det. Kinkead spoke with MOSCOW's roommate. MOSCOW's roommate told Det. Kinkead that MOSCOW has pointed a Glock handgun at him in the past. This incident was documented under FCPS case number 15-17350.

12. When MOSCOW was released from his mental health hold he was arrested and lodged at the Larimer County Detention Facility under the following CRS statutes:
    - 18-12-0108 Possession of a Weapon by a Previous Offender
    - 18-12-0302 Possession of a Large Capacity Magazine
    - 18-09-0109 Interference of Educational Facility
    - 18-18-0407 Special Offender

13. On October 30, 2015, Special Agent B. Byrd confirmed that David MOSCOW (DOB 04/16/86) was convicted of violating A.R.S. 28-1383(a)(1), Aggravated Driving or Actual Physical Control While Under the Influence, in the State of Arizona on December 11, 2007, court case number MSA 20072480024.  A.R.S. 28-1383(a)(1) is a crime punishable by imprisonment for a term exceeding one year.  MOSCOW was arrested for this charge on September 5, 2007.  MOSCOW was sentenced to 4 months in jail and three years' probation.

14. On November 2, 2015, your affiant contacted SA Sarah Burnett, who is certified in firearms interstate nexus determinations.  SA Burnett advised that both the New Frontier AR-15 .223 caliber rifle bearing serial number NLV73548 and a Glock model 27 .40 caliber pistol bearing serial number LWR809 were not manufactured in the State of Colorado and therefore must have traveled in and/or affected interstate or foreign commerce prior to being recovered in Ft. Collins, CO.

## CONCLUSION

Based upon the aforementioned information, events, and my training and experience, I submit that there is probable cause to believe that DAVID AARON MOSCOW, date of birth 04/16/1986 has committed a violation of the following federal firearms laws, which substantiates the issuance of an arrest warrant:

> **Title 18, USC, Section 922(g)(1) –** It shall be unlawful for any person . . . who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year . . . to . . . possess in or affecting commerce, any firearm or ammunition . . . which has been shipped or transported in interstate or foreign commerce.

Affirmed under penalty of perjury on this 2nd day of November, 2015.

_____*s/ Ryan McKone*_____
Ryan McKone, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this  2d   day of November, 2015.

United States Magistrate Judge

**Affidavit reviewed and submitted by Rebecca Weber, Assistant United States Attorney.**