IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-441  CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID AARON MOSCOW,

    Defendant.

---

**INDICTMENT**
**Counts One and Two**
Felon in Possession of a Firearm
18 U.S.C. § 922(g)(1)

---

    The Grand Jury charges:

### COUNT ONE

18 U.S.C. § 922(g)(1)

    On or about October 23, 2015, in the State and District of Colorado, the defendant, DAVID AARON MOSCOW, having been previously convicted of a crime punishable by imprisonment by a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, to wit: a New Frontier AR-15 semi-automatic rifle bearing serial number NLV73548, in violation of Title 18, United States Code, Section 922(g)(1).

…

## COUNT TWO

18 U.S.C. § 922(g)(1)

On or about October 23, 2015, in the State and District of Colorado, the defendant, DAVID AARON MOSCOW, having been previously convicted of a crime punishable by imprisonment by a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, to wit: a Glock 27 .40 caliber handgun bearing serial number LWR809, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

"Ink signature on file in Clerk's Office"
FOREPERSON

JOHN F. WALSH
United States Attorney

By: s/ Rebecca S. Weber
REBECCA S. WEBER
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: REBECCA.WEBER@usdoj.gov
Attorney for the Government